**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | James<br>First name<br><br>F.<br>Middle name<br><br>Lomma<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8914 | |

Debtor 1    **Lomma, James F.**                                   Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> Business name(s) <br> _____ <br><br> EINs <br> _____ | ☐ I have not used any business name or EINs. <br><br> Business name(s) <br> _____ <br><br> EINs <br> _____ |
| **5. Where you live** | **157 Collier Avenue** <br> **Staten Island, NY 10314** <br> Number, Street, City, State & ZIP Code <br><br> **Richmond** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br> _____ |

Debtor 1   **Lomma, James F.**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **7.** | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box. |

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| **9.** | **Have you filed for bankruptcy within the last 8 years?** | ■ No. |
| | | ☐ Yes. |

District _____   When _____   Case number _____
District _____   When _____   Case number _____
District _____   When _____   Case number _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☐ No |
| | | ☐ Yes. |

Debtor    **See attached schedule** _____   Relationship to you _____
District _____   When _____   Case number, if known _____
Debtor _____   Relationship to you _____
District _____   When _____   Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Do you rent your residence?** | ■ No.   Go to line 12. |
| | | ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence? |

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Schedule to Petition Question #10

<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>

On January 6, 2016 each of the entities listed below filed a petition in this Court for relief under chapter 11 of the United States Code.

| | |
|---|---|
| 1. | New York Crane & Equipment Corp. |
| 2. | J.F. Lomma, Inc. (New Jersey) |
| 3. | J.F. Lomma, Inc. (Delaware) |
| 4. | James F. Lomma |

Debtor 1    __Lomma, James F._____    Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Lomma, James F.**                                                    Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 02114-NYE-CC-026517882



02114-NYE-CC-026517882

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 12, 2015</u>, at <u>09:22</u> o'clock <u>AM EST</u>, <u>James Lomma</u>
received from <u>Consumer Credit Counseling Service of Greater Atlanta d/b/a
ClearPoint Credit Counseling Solutions</u>, an agency approved pursuant to 11 U.S.C.
§ 111 to provide credit counseling in the <u>Eastern District of New York</u>, an
individual [or group] briefing that complied with the provisions of 11 U.S.C . §§
109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>November 12, 2015</u>              By:   <u>/s/Eric Dina</u>

                                    Name:   <u>Eric Dina</u>

                                    Title:   <u>Customer Service</u>

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
code are required to file within the United States Bankruptcy Court a complete certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).

Debtor 1  **Lomma, James F.**                                    Case number *(if known)*

**Part 6:    Answer These Questions for Reporting Purposes**

| | | |
|---|---|---|
| 16. What kind of debts do you have? | 16a. | Are your debts primarily consumer debts? *Consumer debts are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*<br><br>■ No. Go to line 16b.<br>☐ Yes. Go to line 17. |
| | 16b. | Are your debts primarily business debts? *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*<br><br>☐ No. Go to line 16c.<br>■ Yes. Go to line 17. |
| | 16c. | State the type of debts you owe that are not consumer debts or business debts |

17. Are you filing under Chapter 7?

  ■ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

  ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No
    ☐ Yes

18. How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

19. How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

20. How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7:    Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **James F. Lomma**<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **January  6, 2016**<br>          MM / DD / YYYY | Executed on<br>         MM / DD / YYYY |

Debtor 1    **Lomma, James F.** _____    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____    Date    **January  6, 2016**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**          Email address    **knash@gwfglaw.com**

Bar number & State

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

JAMES F. LOMMA,                                           Case No.

                              Debtor.
-------------------------------------------------------------x

## SCHEDULE OF LAWSUITS

1.   <u>In re 91st Street Crane Collapse Litigation</u>
     Supreme Court, New York County
     Index No. 77100/2010

     (A)   Wrongful Death Actions

           (1)   Maria Leo, Administratrix for estate of Donald Leo
                 v. New York Crane & Equipment Corp., et al.,  Index No. 117294/08

                 Attorney for Plaintiff:
                 Bernadette Pantella P.C.
                 114 E. 13th Street
                 New York, NY 10003

           (2)   Xhevahire Sinanaj and Selvi Sinanovic, as Co-Administrators of the Estate
                 of Ramadan Kurtaj, and Selvi Sinanovi, individually v. New York Crane
                 & Equipment Corp., et al., Index No. 117469/08

                 Attorney for Plaintiff:
                 Susan M. Karten, Esq.
                 Susan M. Karten & Associates LLP
                 200 W. 57th Street, Suite 602
                 New York, NY 10019-3211

     (B)   Remaining personal injury and property damage actions arising out of the 91st
           Street Crane Collapse as set forth on the attached list, which identifies relevant
           direct claims and cross-claims.

2.   <u>In re 51st Street Crane Collapse Litigation</u>
     Supreme Court, New York County
     Index No. 769000/2008

     (A)   Various direct claims and cross-claims arising out of a crane accident caused by
           the improper rigging of certain collars as set forth on the attached list.

3.    Long Island City Crane Litigation (Center Boulevard)
      Supreme Court, Bronx County

      This is a coordinated set of personal injury actions arising out of an accident caused when
      the operating engineer (Cross-County employee) picked up an excessive load from an
      unapproved pick site, resulting in the collapse of the boom. The engineer involved in the
      accident had his license revoked.

      (A)    See attached schedule of the seven underlying personal injury actions.

4.    Robert Panarella and Doreen Panarella v. Pavarini McGovern LLC et al.
      Supreme Court, New York County
      Index No. 109769/2011

      This action was brought by a crane operating engineer for injuries allegedly sustained
      when he slipped on hydraulic fluid due to a broken valve. NY Crane asserts that the valve
      was broken by the operating crew, and/or by the master rigger during the erection of the
      crane.

      Attorneys for Plaintiff
      Joseph Napoli, Esq.
      Napoli Bern Ripka Shkolnik, LLP
      350 Fifth Avenue, Suite 7413
      New York, NY 10118

5.    James F. Lomma v. New York City Department of Buildings
      Supreme Court, Queens County
      Index No. 709849/2014

      This action challenges the NYC Department of Buildings' denial of James Lomma's
      application to renew his Hoisting Machine Operator's license and Master Rigger's
      license. Mr. Lomma has filed a notice of appeal of the Supreme Court's decision to
      uphold the denial.

      Attorneys for Defendant
      NYC Corporation Counsel
      100 Church Street, Room 5-318
      New York, NY 10007

Dated: New York, New York
       January 6, 2016

                              By:    _____
                                     James F. Lomma

91st Street Litigation

| Case Name | Plaintiffs' Counsel | Co-Defendants Asserting Cross-Claims | Defendant DeMatteis Counsel | Defendant 1765 Counsel | Defendant Sorbara Counsel | Defendant Brady Counsel |
|---|---|---|---|---|---|---|
| *Simeon Aketo and Kathy Aketo v. New York Crane & Equipment Corp., et al.* NY Supreme 103221/2009 Labor Law/Personal Injury/Loss of Consortium | Counsel For All Plaintiffs Brett A. Zekowski, Esq. PARKER WAICHMAN ALONSO, LLP 111 Great Neck Road, Great Neck, New York 11021 (516) 466-6500 | 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Matthew Breyner v. 1765 First Associates and LLC, Leon D. DeMatteis Construction Corporation v. New York Crane & Equipment Corp., et al.* NY Supreme 104271/01 Property Damage | Counsel For 3rd Party Plaintiff DeMatteis Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street, New York, New York 10038-3198 (212) 964-7400 | 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Richard E. Burch, Sherwin Toohey Burch and Stuart Flynn Burch v. New York Crane & Equipment Corp., et al.* NY Supreme 112344/09 Personal Injury/Property Damage | Counsel For All Plaintiffs Joseph Peykin, Esq. PAYKIN KRIEG & ADAMS LLP 185 Madison Avenue, New York, New York 10016 (212) 725-4423 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Giuseppe Catalano v. New York Crane & Equipment Corp., et al.* NY Supreme 116460/08 Labor Law/Personal Injury | Steven E. Krenisel, Esq. Krenisel & Guzman, LLP 17 Battery Place – Suite 604 New York, New York 10004 (212) 227-2900 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Ita Connerly, Clara Connerly, Summer Lee, Joshua Nuckols, Cathie M. Pfleger, Tara Perez, Fern Sauerbrunn, and Gil Rachlin and Sharon Rachlin, individually and on Behalf of their Minor Children, Efron Rachlin and Maya Rachlin v. New York Crane & Equipment Corp., et al.* NY Supreme 111490/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Scott E. Charnas CHARNAS LAW FIRM, P.C. 455 East 51st Street, New York, New York 10022 (212) 980-6800 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Christopher Doran v. New York Crane & Equipment Corp., et al.* NY Supreme 102097/2008 Labor Law/Personal Injury | Darion Reiff, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5570 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Harma Harza, Marco Nizier, Ruby Akin, Oguz Akin, Philip Schiffman, Linda McIntyre, Michael Fiorentino, Terence Scrempe, Travis Usll, Renee Lnares and George Lnares v. New York Crane & Equipment Corp., et al.* NY Supreme 150153/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Hartley T. Bernstein, Esq. Bernstein Cherney LLP 767 Third Avenue, 30th Floor, New York, N.Y. 10017 (212) 381-9684 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Jennifer Kling v. New York Crane & Equipment Corp., et al.* NY Supreme 111967/2009 Personal Injury/Property Damage | Michael Fuller Sirignano, Esq. MICHAEL FULLER SIRIGNANO, ESQ. 892 Route 35, P.O. Box 784, Cross River, New York 10518 (914) 763-5500 | 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| *Robert G. Leino, Louise M. Leino and Bridget E. Leino v. New York Crane & Equipment Corp., et al.* NY Supreme 101871/2009 Personal Injury/Property Damage | Counsel for 3rd Party Plaintiff Vigilant Robert G. Leino, E. 15 Park Row, 17F, New York, New York 10038 (646) 236-5476 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7450 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |

91st Street Litigation

| | | | | | | |
|---|---|---|---|---|---|---|
| Leon D. DeMatteis Construction Corporation and 1765 First Associates LLC v. Vigilant Insurance Co. v. New York Crane & Equipment Corp., et al. NY Supreme N651337/2010 Reimbursement for Performance Bond Payout | Counsel for 3rd Party Plaintiff Vigilant Insurance Company Minene Weitz, Esq. FRENKEL, LAMBERT WEISS WEISMAN & GORDON LLP One Whitehall Street, 20th Floor, New York, New York 10004 (212) 566-3100 | Sorhans Construction Corp. Continental Casualty Company | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | N/A | Pia E. Riverso, Esq. RIVKIN RADLER, LLP 926 RXR Plaza Uniondale, New York 11556 | N/A |
| Leon D. DeMatteis Construction Corporation v. New York Crane & Equipment Corp., et al. NY Supreme 112690/2009 Reimbursement for partial-collapse cleaning costs | Douglas A. Cooper, Esq. RUSKIN MOSCOU FALTISCHEK, P.C. 1425 RXR Plaza, 15th Floor, East Tower Uniondale, New York 11556-1425 (516) 663-6600 | Sorhans Construction Corp. | N/A | N/A | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Leon Mahoney and Carolyn Ryan v. New York Crane & Equipment Corp., et al. NY Supreme 104347/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Roland T. Koke, Esq. Resile, Ryan & Downes, LLP 202 Mamaroneck Avenue, White Plains, New York 10601 (914) 681-0444 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Daniel Dukes v. New York Crane & Equipment Corp., et al. NY Supreme 114426/2008 Labor Law/Personal Injury | Daniel Weir, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5570 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| John Sherman, Noel Allem, Stacy Allem, Verrol Charon, Gregorio Parham, William Drohan, Ann Eschardt, Jonathan Urband and David Lockner v. New York Crane & Equipment Corp., et al. NY Supreme 102945/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Bruce Porvman, Esq. MORTON POVMAN, P.C. 108-18 Queens Boulevard, Forest Hills, New York 11375 (718) 264-2000 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Vincent Pndlanki v. New York Crane & Equipment Corp., et al. NY Supreme 1301662009 Personal Injury/Property Damage | Hartley T. Bernstein, Esq. Bernstein Cherney LLP 767 Third Avenue, 30th Floor, New York, N.Y. 10017 (212) 381-9684 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Ira Pizzurano v. New York Crane & Equipment Corp., et al. NY Supreme 160569/2009 Labor Law/Personal Injury | Daniel Weir, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5570 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Janice Taylor and Wojtek Scott Krol v. New York Crane & Equipment Corp., et al. NY Supreme 114564/2009 Property Damage | Marion Segal Gebski, Esq. LAW OFFICE OF SEGAL-GEBSKI 989 Avenue of the Americas, 4th Floor New York, New York 10018 (212) 244-2805 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |
| Evelyn Waltrip and Shoshanna Barnes v. New York Crane & Equipment Corp., et al. NY Supreme 150129/2011 Personal Injury/Property Damage | 347 East 61st Street - Apt 5W, New York, NY 10065-8214 Counsel For Plaintiff Waltrip: John Emerlich, Esq. NYC Legal Solutions 294 Atlantic Avenue, Brooklyn, NY 11201 718-624-5901 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC Sorhans Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbera A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 24th Floor New York, New York 10006 (212) 225-7700 | Robert Forno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 591-3009 |

91st Street Litigation

| | | | | | | |
|---|---|---|---|---|---|---|
| *New York Crane & Equipment Corp. v. Sorbara Construction Corp.*<br>Nassau Supreme 6986/2011<br>Property Damage/Clean-Up Costs<br>Crane's Direct Claim Against Sorbara Settled but Sorbara's Counterclaim Against NY Crane Is Still Pending) [NY] | Counsel for Sorbara on the Counterclaim Against NY Crane<br>Pia E. Riverso, Esq.<br>RIVKIN RADLER, LLP<br>926 RXR Plaza<br>Uniondale, New York 11556 | N/A | N/A | N/A | N/A | N/A |
| *Related Case* | Plaintiffs' Counsel | Counsel for Zurich American Insurance Co. | Counsel for Sorbara Construction Corp. | | | |
| *QBE Insurance Corporation, et al. v. Zurich American Insurance Company, et al.*<br>New York Supreme 154626/2013<br>Insurance Coverage Dispute related to 91st Street Litigation | Michael E. Gorelick, Esq.<br>Abrams, Gorelick, Friedman & Jacobson, LLP<br>One Battery Park Plaza – 4th Floor<br>New York, New York 10004<br>(212) 422-1200 | Cozgblin Duffy, LLP<br>Wall Street Plaza<br>88 Pine Street, 28th Floor<br>New York, New York 10005<br>(212) 483-0105 | Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 278-1000 | | | |

**51st Street Litigation**

| Case Name | Docket No. | Plaintiffs' Counsel | Co-Defendants Asserting Cross-Claims Against New York Crane and Against Whom New York Crane Also Asserts Cross-claims |
|---|---|---|---|
| *968 Kingsmen LLC and 964 Associates LLC v. New York Crane & Equipment Corp., et al.* | | Bryan J. Daly<br>McDonnell & Daly LLP<br>2001 Marcus Avenue, Suite N125<br>Lake Success, New York 11042<br>(516) 492-3333<br>(516) 492-3332 (f) | Brady Marine Repair Co., Inc.<br>C.S. Mechanical & Equipment Corp.<br>The City of New York<br>Civetta Cousins JV, Inc.<br>Construction & Realty Safety Group Inc.<br>DeSimone Consulting Engineers<br>East 51st Street Development Company LLC<br>Favelle Favco Cranes USA<br>Industrial Sales Company Inc. a/k/a Indusco<br>JBS Construction Management, Inc.<br>Joy Contractors, Inc.<br>James Kennelly<br>Langan Engineering & Environmental Services, Inc.<br>Lift-All Company, Inc.<br>Liftex Corporation<br>Magnum Real Estate Group<br>Metro Wire Rope Corporation<br>Rapetti Rigging Service<br>Reliance Construction Ltd. d/b/a RCG Group, Reliance Construction Group, RCG Group, Inc.<br>Shaw Bolting Co.<br>Stroh Engineering<br>Weinstock Brothers Corporation<br>Crane Inspection Services<br>Kamco Supply Corp. |
| *Admiral Insurance Company* | 108052/08 | Justin N. Kinney<br>COUGHLIN DUFFY, LLP<br>Wall Street Plaza<br>88 Pine Street, 5th Fl.<br>New York, New York 10005<br>(212) 483-0105<br>(212) 483-3899 (f)<br>Jkinney@coughlinduffy.com | -- |
| *Edward Allen* | 108437/09 | Gregory Kuczinski<br>LAW OFFICE OF GREGOR KUCZINSKI, P.C.<br>2649 Strang Boulevard - Suite 104<br>Yorktown Heights New York 10598<br>(914) 245-7200<br>(914) 245-7208 (f) | -- |
| *Allstate Insurance Company and/or Allstate Indemnity Company a/s/o Enchev, Gumal, Damour, Raetz, St. John, Feldman and Lange* | 108613/09 | Kenneth B. Grear<br>GREAR LEVANIOS, LLC<br>255 West 36th Street, Suite 800<br>New York, New York 10001<br>(212) 300-2072<br>646-367-4919 (f)<br>ken@grearlevanios.com | -- |
| *Allstate Insurance Company and/or Allstate Indemnity Company a/s/o Haraguchi, Josephson, Koenig, Homes, Epineste, Greco, Mohr, Murray, Smolinski, Cempa, Flores, Chipman, Hawkes, Cochrane, Manley, Farahnakian, Jarmul, Pia-Commela, Magidson and Nicholas* | 601611/09 | Kenneth B. Grear<br>GREAR LEVANIOS, LLC<br>255 West 36th Street, Suite 800<br>New York, New York 10001<br>(212) 300-2072<br>646-367-4919 (f) | -- |
| *American Bankers Insurance Company of Florida a/s/o Lauren and Sean Cutrona and Melissa Dolman* | 110754/04 | Richard Lambert<br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>61 Broadway, Suite 2020<br>New York, NY 10006<br>(212) 344-3100<br>(212) 422-4047 (f) | -- |

## 51st Street Litigation

| | | | |
|---|---|---|---|
| Richard Antoniello, Cheri Antoniello, Robert Badia, Nelly Badia, Brett Berry, Melissa Dolman, Stephen Freeman, Daniel Gibralter, Jill Haworth, Lauren Hornung, Karen-Marie Hentschel, Barry King, Nancy Lamber, Robyn Silvermintz, Jennifer Lamprecht, Albert Lipton, Camille Lipton, Lisa Manowitz, Alice Mcquillan, Chris Pascale, Claudia Geiger, Rosina Patti, Vita Pellenieri, Mara Prager, Adam Rosen, Jamie Rudolph, Rosario Saglimbeni, Cindy Gize, Patricia Sorenson, Wilfredo Vega, Jennifer Willig, George Zicarelli And Ann Zicarelli, <br><br>102024/09 | Steven Kaiser<br>THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 Fifth Avenue, Suite 4810<br>New York, New York 10118<br>(212) 239-9669<br>(212) 239 - 9688 (f)<br>skaiser@catafagolaw.com | | -- |
| Ascot Properties, LLC<br><br>106378/09 | Charles M. Arnold<br>ABRAHAM, LERNER & ARNOLD, LLP<br>292 Madison Avenue, 22nd Floor<br>New York, New York 10017<br>212-686-4655<br>cmarnold@abrahamlernermold.com | | -- |
| Jennifer Battistello; Eileen Hayes; Margery Jane Bonia, Kathleen Tompkins, individually; Lacey Tompkins, a minor child by her mother and natural guardian, Kathleen Tompkins and Sabrina Tompkins, a minor child by her mother and natural guardian, Kathleen Tompkins<br><br>111409/08 | Elizabeth Eilender<br>JAROSLAWICZ AND JAROS<br>225 Broadway, 24th Floor<br>New York, New York 10007<br>(212) 227-2780<br>(212) 227-5090 (f)<br>eeilender@lawjaros.com | | -- |
| Sherry Olan Berner<br><br>107621/09 | Steven Kaiser<br>THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 Fifth Avenue, Suite 4810<br>New York, New York 10118<br>(212) 239-9669<br>(212) 239 - 9688 (f) | | -- |
| Bruce Bernstein, Clarence Kwei & Teresa Kwei<br><br>103498/09 | Elizabeth Eilender<br>JAROSLAWICZ AND JAROS<br>225 Broadway, 24th Floor<br>New York, New York 10007<br>(212) 227-2780<br>(212) 227-5090 (f)<br>eeilender@lawjaros.com | | |
| Denise Bleidner, individually and as Executrix of the Estate of Wayne R. Bleidner<br><br>111098/08 | Howard S. Hershenhom, Esq.<br>GAIR, GAIR, CONASON, STEIGMAN & MACKAUF<br>80 Pine Street<br>New York, New York 10005-1768<br>(212) 943-1090<br>(212) 425-7513 (f)<br>hsh@gairgair.com | | -- |
| Andrew Cempa, Carolyn Cempa and Sule Cabukyuksel<br><br>108521/09 | James F. Woods, Esq.<br>WOODS & LONERGAN LLP<br>292 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>(212) 684-2500<br>jwoods@wlesq.com | | -- |
| Catherine M. Cohen as Executrix of the Estate of Brad Cohen, deceased, Catherine Cohen, individually and Michael J. Cohen, individually, Allison C. Cohen, individually and Laren S. Cohen, individually<br><br>108449/09 | Jonny Kool<br>QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP<br>233 Broadway, 18th Floor<br>New York, New York 10279<br>(212) 406-1700<br>(212) 406-2313 (f)<br>jkool@quellerfisher.com | | -- |
| Crave Foods Inc. d/b/a Crave Ceviche Restaurant<br><br>117452/08 | Colin E. Kaufman, Esq.<br>ADAM LEITMAN BAILEY, PC<br>120 Broadway, 17th Floor<br>New York, New York 10271-1797<br>(212) 825-0365<br>(212) 825-0999 (f)<br>cckaufman@albawfirm.com | | -- |

51st Street Litigation

| | | | |
|---|---|---|---|
| John Della Porta and Debra Della Porta | 104427/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>vcannavo@triallaw1.com | -- |
| Matthew DePauli, Needhi Sheth, Sarah Shumway, Rachel Bernard, and Joyce Munn | 105934/09 | Hartley T. Bernstein, Esq.<br>BERNSTEIN LEVINE CHERNEY LLP<br>767 Third Avenue, 30th Floor<br>New York, New York 10017<br>(212) 381-9684 (Bernstein)<br>(646) 304-9535 (fax) | ** |
| Ayefer Dogan | | Russ N. Nazrisho<br>Sipsas & Nazrisho, PC<br>33-19 30th Ave., St 101<br>Astoria, NY 11103<br>(718) 777-3950<br>(718) 777-3951 (F)<br>nazrisho@sipsasnazrisho.com | -- |
| Eveready Insurance Company a/s/o Luz Lalich | 026143/08 | Neil Wollerstein<br>WOLLERSTEIN & FUTORAN<br>59 Maiden Lane<br>New York, NY 10038<br>212-412-4780<br>(212) 363-1600 (f) | ** |
| Fireman's Fund Insurance Company | 113454/08 | Val Wamser<br>NICOLETTI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005-1801<br>(212) 220-3830<br>(212) 220-3780 (f)<br>(917) 359-6510 (c)<br>vwamser@nicolettihornig.com | -- |
| Fireman's Fund Insurance company a/s/o Seven Plus Restaurant Corp. d/b/a Zarela Restaurant, 954 Second Corp., Avon Group, Inc., and Eva Mayeroff | 113454/08 | Matthew R. Hess, Esq.<br>Foran Glennon Palandech & Ponzi<br>222 North LaSalle Street, Suite 1400<br>Chicago, IL 60601<br>(312) 863-5036 | |
| Jhon Gallego | 13504/08 | Steven B. Dorfman<br>FREIDMAN & MOSSES, LLP<br>233 Broadway, Suite 901<br>New York, New York 10279<br>(212) 732-5800<br>(212) 608-3280 (f)<br>sbd@friedmanandmoses.com | -- |
| Jessica Gallone, individually and as Administratrix of the Estate of Santy N. Gallone | 108131/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>(212) 266-4141 (f)<br>vcannavo@triallaw1.com | -- |
| Chris Garcia | 111879/09 | Ira S. Slavit<br>LEVINE & SLAVIT<br>60 East 42nd Street<br>New York, New York 10165<br>(212) 687-2777 | -- |
| Gourlay Architect, PLLC | | Kevin O'Neill<br>Gogick, Byrne & O'Neill, LLP<br>11 Broadway<br>New York, New York 10004<br>(212) 422-9424 | -- |

51st Street Litigation

| | | | |
|---|---|---|---|
| Greater New York Mutual Insurance Company a/s/o KBL 51st Street Ltd. | | David Smith<br>GWERTZMAN LEFKOWITZ BURMAN SMITH & MARCUS<br>80 Broad Street, New York, New York, NY 10004<br>212-968-1001<br>(212) 344-4140 (f)<br>smith@gwertzmanlaw.com | -- |
| | 116350/08 | | |
| Greater Northern Insurance Company a/s/o Jan Pokorny, Kathleen Tomkins, Jenny Wolfson, Dusan Paunovic and Chubb Indemnity Insurance a/s/o Jerold Hyams | | Jeffrey D. Greenberg<br>Koey, King, Toker & Epstein<br>55 Water Street, 29th Floor<br>New York, New York 10041<br>(212) 612-4200<br>(212) 612-4284 (fax) | -- |
| | 104575/09 | | |
| Jerrold E. Hyams | | Michael S. Schlesinger<br>JULIEN & SCHLESINGER, P.C.<br>One Whitehall Street, 17th Floor<br>New York, New York 10004<br>(212) 962-8020<br>(212) 267-4558 (f)<br>mschlesinger@julienandschlesinger.com | -- |
| | 108438/09 | | |
| Insurance Company of Greater New York a/s/o Great Bay Building Company, A New York Limited Partnership and all other named insureds under policy number 6131M09880 | | David Smith<br>GWERTZMAN LEFKOWITZ BURMAN SMITH & MARCUS<br>80 Broad Street, New York, New York 10004<br>(212) 968-1001<br>(212) 344-4140 (f)<br>smith@gwertzmanlaw.com | -- |
| Susan Jendersoe, as Administratrix of the Estate of Clifort Canzona, deceased | | Alan B. Leibowitz<br>SIMONSON HESS & LEIBOWITZ<br>15 Maiden Lane<br>New York, New York 10038<br>(212) 233-5000 | -- |
| | 113965/08 | | |
| Rebecca Kerrs and Anne Cutshall | | Darryn Solotoff, Esq.<br>ELOVICH & ADELL, ESQS.<br>164 West Park Avenue<br>Long Beach, New York 11561<br>(516) 432-6263<br>(516)432-4897 (F)<br>eandalaw@hotmail.com | -- |
| | 104591/09 | | |
| Jennifer Kling | | MICHAEL FULLER SERIGNANO<br>892 Route 35<br>P.O. Box 784<br>Cross River, New York 10518<br>(914) 763-5500 | -- |
| | 111967/09 | | |
| John P. La Greco | | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | -- |
| | 107526/09 | | |
| John D. La Greco, individually and as an Officer of Fubar Partners, Inc. and Fubar Partners, Inc. v. East 51st St. Development Co. | | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | -- |
| | 107527/09 | | |
| Collette E. Landers | | LONGO & D'APICE, ESQS.<br>Mark A. Longo<br>26 Court Street, Suite 1700<br>Brooklyn, New York 11242<br>(718) 855-5684<br>(718) 802-0495 (f)<br>mlongo@markalongo.com | -- |
| | 106048/09 | | |
| Tiffany L. Layne | | Schwartzapfel Tuhowsky Marcus Sachs, PC<br>300 Jericho Quadrangle, Suite 180<br>Jericho, New York 11753<br>(516) 342-2200 | -- |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Lexington Insurance Co. a/s/o East 51st Street Development Company, LLC | 100205/09 | Richard Lambert<br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>61 Broadway, Suite 2020<br>New York, New York 10006<br>(212) 344-3100<br>(212) 422-4047 (f) | — |
| LIG Insurance Company, LTD., on its own behalf and as subrogee of Melon 940 Farm, Inc. | 27104/09 | Christopher A. Wong, Esq.<br>BRUCE SOMERSTEIN & ASSOCIATES, P.C.<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>(212) 268-1188<br>(212) 268-2688 (f) | — |
| Kevin Lordan | 150067/09 | Richard H. Abend<br>ABEND & SILBER, PLLC<br>419 Park Avenue S., 2nd Floor<br>New York, New York 10016<br>(212) 532-7575 | — |
| Thalia Mazza, individually and as Administratrix of the Estate of Anthony C. Mazza | 107756/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>vcannavo@triallaw1.com | — |
| Metropolitan Property and Casualty Insurance Company a/s/o Bridget McCann | 0023319/09 | George Panteris, Esq.<br>PANTERIS & PANTERIS, LLP<br>19-02 Whitestone Expressway, Suite 401<br>Whitestone, New York 11357<br>(718) 746-2154<br>(718) 746-4746 (f) | — |
| Joshua D. Minter and Bree Daberko | | Andrew L. Weitz & Associates, PC<br>233 Broadway – 5th Floor<br>New York, New York 10279 | — |
| Eleni Papaioannou and Demetrios Papaioannou | 104777/09 | Michelle F. Laskin<br>LEVINE & GROSSMAN<br>114 Old Country Road<br>Mineola, New York 11501<br>(516) 248-7575<br>michelle.laskin@jmc.com | — |
| Juan Perez | 104106/09 | Vincent Gonzalez<br>BRECHER, FISHMAN, PASTERNACK, WALSH, TILKER & ZIEGLER, PC<br>233 Broadway, Suite 820<br>New York, NY 10279<br>212-341-7900<br>212-267-8235 (f)<br>VincentG@brecherfishman.com | — |
| William Rapetti and Audrey Rapetti | 107688/08 | Myron Rosen<br>EDELMAN & EDELMAN, PC<br>61 Broadway, Suite 3010<br>New York, NY 10006<br>(212) 943-1200<br>(212) 943-0001(f)<br>mrosen@edelmanpc.com | — |
| Rite Aid of New York, Inc. | 113754/08 | Michael T. Gleason, Esq.<br>RAVEN & KOLBE LLP<br>126 East 56th Street, Suite 202<br>New York, New York 10022<br>(212) 759-7466<br>(212) 759-0166 (f)<br>mgleason@ravenkolbe.com | — |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Margaret R. Schorsch | 108439/09 | Michael S. Schlesinger<br>JULIEN & SCHLESINGER, P.C.<br>One Whitehall Street, 17th Floor<br>New York, New York 10004<br>(212) 962-8020<br>(212) 267-4558 (f)<br>mschlesinger@julienandschlesinger.com | ** |
| Richard Solomon | 114922/08 | Hartley T. Bernstein, Esq.<br>BERNSTEIN LEVINE CHERNEY LLP<br>767 Third Avenue, 30th Floor<br>New York, New York 10017<br>(212) 381-9684 (Bernstein)<br>(646) 304-9535 (fax)<br>hbernstein@bernsteinlevine.com | ** |
| Jean Squeri | 103802/09 | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | ** |
| State Farm Fire & Casualty Company a/s/o Francine Berman, Shira Gordon, Lindsey Vandoros and Evan Epstein | 111628/09 | Stuart D. Markowitz<br>LAW OFFICES OF STUART D. MARKOWITZ<br>575 Jericho Turnpike, Suite 210<br>Jericho, NY 11753<br>516-935-3500<br>(516) 935-3599 (f)<br>smarkowitz@markowitz-law.com | ** |
| State Farm Fire & Casualty Company a/s/o Wilfredo Vega, maureen Shea, Rebecca Leventhal, Oliver Plusqoellec and Robert Butman | 107947/09 | Stuart D. Markowitz<br>LAW OFFICES OF STUART D. MARKOWITZ<br>575 Jericho Turnpike, Suite 210<br>Jericho, NY 11753<br>516-935-3500<br>(516) 935-3599 (f)<br>smarkowitz@markowitz-law.com | ** |
| Rosalie Stephens, individually, and as the Administratrix of the Estate of Aaron Stephens | 113949/08 | Derek Sell<br>THE COCHRAN FIRM<br>233 Broadway, 5th Floor<br>New York, New York 10279<br>(212) 553-9215<br>dsells@cochranfirm.com | ** |
| Stonington Insurance Company a/s/o Fubar Partners, inc. t/a Fubar | 103604/09 | Donald G. Sweetman<br>GENNET, KALLMANN, ANTIN & ROBINSON, P.C.<br>6 Campus Drive<br>Parsippany, New Jersey 07054<br>(973) 285-1919<br>(973) 285-1177 (f)<br>dsweetman@gkar-law.com | ** |
| Thyssenkrupp Safeway, Inc. | | Thomas S. Tripodianos<br>WELBY, BRADY & GREENBLATT, LLP<br>Westchester Financial Center<br>11 Martine Avenue<br>White Plains, New York 10606<br>(914) 428-2100<br>(914) 428-2172 (f)<br>tripodianos@wbgllp.com | ** |
| Robert Tucker and Amy Tucker | 103306/07 | Nadia Lescott<br>RONEMUS & VILENSKY<br>112 Madison Avenue – 2nd Floor<br>New York, New York 10016<br>(212) 779-7070<br>nadialescott@ronvil.com | ** |

51st Street Litigation

| | | |
|---|---|---|
| Valley Forge Insurance Company a/s/o Kelly Nail Center, National Fire Insurance Company of Hartford a/s/o Richard Solomon Artists, and National Fire Insurance Company of Hartford a/s/o H.D. Sub, Inc.<br><br>107898/09 | Richard O'Connell<br>Law Offices of Charles J. Siegel<br>40 Wall Street - 7th Floor<br>New York, New York 10005<br>(212) 440-2350<br>(212) 440-2380 (f)<br>richard.o'connell2@CNA.com | -- |
| Adam White, Esq. as proposed Administrator of the Estate of Odin Torres<br><br>105656/08 | Edward Steinberg, Esq.<br>LEAV and STEINBERG, LLP, LLP<br>120 Broadway, 18th Floor<br>New York, New York 10271<br>(212) 766-5222<br>(212) 693-2377 (f)<br>EAS@leavandsteinberg.com | -- |
| Leon D. Dematteis Construction Corporation<br><br>112800/2009 | Douglas A. Cooper, Esq.<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>1425 RXR Plaza<br>15th Floor, East Tower<br>Uniondale, New York 11556-1425<br>(516) 663-6600 | -- |
| Rasmi Yilmaz | Russ N. Nazrisho<br>Sipsas & Nazrisho, PC<br>33-19 30th Ave., St 101<br>Astoria, NY 11103<br>(718) 777-3950<br>(718) 777-3951 (F)<br>nazrisho@sipsasnazrisho.com | -- |
| Travelers, Everest and Tower Insurance<br><br>103779/09 | Robert Sheps<br>SHEPS LAW GROUP, P.C.<br>35 Pinelawn Road, Suite 106 East<br>Melville, New York 11747<br>(631) 249-5600 ext.1002<br>(631) 249-5613 (f)<br>rsheps@shepslaw.com | -- |
| Harleysville Insurance Company of New York a/s/o La Moll Cleaners<br><br>107752/10 | Thomas Paolini, Esq.<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>20 East Taunton Road, Suite 403<br>Berlin, NJ 08009<br>(856) 767-6800<br>(856) 767-6810 (f)<br>paolinit@stutmanlaw.com | -- |
| Katia Azouaoui<br><br>108716/10 | Matthew Haicken<br>Proner & Proner<br>60 East 42nd Street<br>New York, New York 10165<br>(212) 986-3030 | -- |
| Victor Guanaquiza<br><br>108543/10 | Jorge Mena<br>Worldwide Legal Services, P.C.<br>P.O. Box 378<br>West Hempstead, New York 11552<br>(516) 750-5687 | -- |
| Yu Li a/k/a Kelly Li and Kelly nail Center, Inc.<br><br>114710/10 | Peter E. Sverd<br>YUEN ROCCANOVA SELTZER & SVERD, P.C.<br>132 Nassau Street, suite 1300<br>New York, New York 10038<br>(212) 608-1178<br>psverd@yrsslaw.com | -- |
| Hermitage Insurance Company a/s/o 310 East 51st Street Cooperative Corp.<br><br>100816/11 | Russell G. Monaco<br>Law Offices of Steven G. Fauth, LLC<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>(212) 400-7154<br>rmonaco@sgflaw.com | -- |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Fireman's Fund Insurance Company a/s/o Seven Plus Restaurant Corp, d/b/a Zarella Restaurant, 954 Second corp., Avon Group, inc., and Eva Meyeroff | 150057/11 | Nelson E. Canter, Esq.<br>Canter Law Firm, P.C.<br>123 Main Street - 14th Floor<br>White Plains, New York 10601<br>ncanter@canterlawfirm.com | "" |
| Mary Fricke-Punzi | 114601/10 | THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 fifth Avenue, Suite 4810<br>New York, New York 10118<br>(212) 239-9669<br>(212) 239 - 9688 (f) | "" |
| American International Insurance company a/s/o Dorothy Cohen and Pamela Travis | | Allen Wenig<br>Wenig & Wenig<br>150 Broadway, Suite 911<br>New York, NY 10038 | "" |
| Hermitage Insurance Company a/s/o 310 East 51st Street | 100816/2011 | Russell G. Monaco, Esq.<br>Law Offices of Steven G. Fauth, LLC<br>40 Wall Street, 28th Floor<br>New York, NY 10005<br>(212) 400-7154 | "" |

51st Street Litigation
List of Cross-Claim Defense Counsel

| | |
|---|---|
| Brady Marine Repair Co., Inc.<br>c/o THE LAW OFFICES OF ANDREA G. SAWYERS<br>3 Huntington Quadrangle, Suite 102S<br>P.O. Box 9028<br>Melville, New York 11747<br>Attn: Richard A. Harris | C.S. Mechanical & Equipment Corp.<br>c/o KELLY, RODE & KELLY, LLP<br>330 Old Country Road, Suite 305<br>Mineola, New York 11501<br>Attn: John Hoefling |
| The City of New York<br>c/o FABIANI COHEN & HALL, LLP<br>570 Lexington Avenue<br>New York, New York 10022<br>Attn: Michael P. Tobin | Civetta Cousins JV, Inc.<br>c/o WESTERMAN HAMILTON SHEEHY AYDELOTT &<br>KEENAN, LLP<br>Garden City Center, Suite 502<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>Attn: Peter Samaan |
| Construction & Realty Safety Group Inc.<br>c/o Carroll, McNulty & Kull LLC<br>570 Lexington Avenue – 10th Floor<br>New York, New York 10022<br>Attn: Sean Burns | East 51st Street Development Company LLC<br>c/o O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Attn: Thomas Carruthers |
| DeSimone Consulting Engineers<br>c/o Zetlin & De Chiara, LLP<br>801 Second Avenue<br>New York, NY 10017<br>Attn: Bill Chimos | James Kennelly<br>c/o SELIGSON, ROTHMAN & ROTHMAN<br>29 West 30th Street<br>New York, New York 10013<br>Attn: Alyne I. Diamond |
| | |

| | |
|---|---|
| Favelle Favco Cranes USA<br>c/o Traub Lieberman LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, NY 10532<br>Attn: Mario Castellitto | Langan Engineering & Environmental Services, Inc.<br>c/o LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>77 Water Street, 21st Floor<br>New York, New York 10005<br>Attn: David M. Pollack |
| Industrial Sales Company Inc. a/k/a Indusco<br>c/o Wade Clark Mulcahy<br>111 Broadway<br>New York, NY 10006<br>Attn: Georgia Coats | Lift-All Company, Inc.<br>c/o LONDON FISCHER LLP<br>59 Maiden Lane<br>New York, New York 10038<br>Attn: Anthony F. Tagliagambe |
| JBS Construction Management, Inc.<br>c/o L'Abbate, Balkan, Colavita & Contini, LLP<br>1001 Franklin Avenue, 3rd Floor<br>Garden City, New York 11530<br>Attn: Lee Sacket | Liftex Corporation<br>c/o BRODY, BENARD & BRANCH LLP<br>205 Lexington Avenue, 4th Floor<br>New York, New York 10016<br>Attn: Neil Brody |
| Joy Contractors, Inc.<br>c/o LITCHFIELD CAVO LLP<br>420 Lexington Avenue, Suite 2104<br>New York, New York 10170<br>Attn: Edward Fogarty, Jr. | Magnum Real Estate Group<br>c/o CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Avenue, 16th Floor<br>New York, NY 10174<br>Attn: Francis J. Messina |
| Metro Wire Rope Corporation<br>c/o METHFESSEL & WERBEL, ESQS.<br>450 Seventh Avenue<br>Suite 1400<br>New York, New York 10123<br>Attn: Fredric Paul Gallin | Rapetti Rigging Service<br>129 Atlantic Avenue<br>Massapequa Park, NY 11762 |

| | |
|---|---|
| Reliance Construction Ltd. d/b/a RCG Group, Reliance Construction Group, RCG Group, Inc.<br>c/o GALLO VITUCCI KLAR PINTER & COGAN<br>90 Broad Street, 3rd Floor<br>New York, New York 10004<br>Attn: Howard Klar | Shaw Belting Co.<br>c/o RIVKIN RADLER, LLP<br>926 RXR Plaza<br>Uniondale, NY 11556<br>Attn: Jacqueline Bushwack |
| Stroh Engineering<br>c/o MORGAN MELHUISH ABRUTYN<br>39 Broadway 35th Floor<br>New York, New York 10006<br>Attn: Joseph DeDonato | Weinstock Brothers Corporation<br>c/o CALLAN, KOSTER, BRADY & BRENNAN, LLP<br>One Whitehall Street, 10th Floor<br>New York, New York 10004<br>Attn: Vincent A. Nagler |
| Crane Inspection Services<br>HC88 Box 1627<br>Pocono, Pennsylvania, 18347<br>Attn: John Horvath | Kamco Supply Corp<br>c/o Duane Morris, LLP<br>1540 Broadway<br>NEW YORK, NY 10036<br>Attn: Brian J. Markowitz |

# Center Boulevard Litigation

| Plaintiff's Name | Counsel's Name and Address | Index No. |
|---|---|---|
| Michael Brooks and Monique Brooks | Andrew D. Polin, Esq. Polin, Prisco & Villafane, Esqs. One School Street, Ste. 206 Glen Cove, NY 11542 | 250082/2014 |
| Jose Villa Capellan | Pat James Crispi, Esq. Keogh Crispi, P.C. 521 Fifth Avenue, Ste. 1470 New York, NY 10175 | 20379/2013E |
| Bobby Colleran | Simon Q. Ramone, Esq. Law Offices of Michael S. Lamonsoff, PLLC 80 Maiden Lane, 12th Fl. New York, NY 10038 | 42004/2014E |
| Omar Cambridge | Kenneth J. Halperin, Esq. Wingate, Russotti, Shapiro & Halperin, LLP 420 Lexington Ave., Ste. 2750 New York, NY 10170 | 250082/2014 |
| Raphael Dixon | Tod P. Groman, Esq. Cassisi & Cassisi, P.C. 114 Old Country Road, Ste. 440 Mineola, NY 11501 | 250081/2014 |
| George Farrell | Mark E. Seitelman, Esq. Mark E. Seitelman Law Offices, P.C. 111 Broadway, 9th Fl. | 24425/2013E |
| Richmond Fraser and Kenda Fraser | Howard A. Raphaelson, Esq. Raphaelson & Levine Law Firm, P.C. 14 Penn Plaza, Ste. 1718 New York, NY 10122 | 42003/2014E |

| | | |
|---|---|---|
| Marcus Martin | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Ginnina Rivera | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Jose Rivera | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Yaritza Villa | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |

| Third Party Defendants | Counsel's Name and Address |
|---|---|
| New York State Urban Development Corp. | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |

| | |
|---|---|
| Queens West Development Corp. | Barry Gerstman, Esq.<br>Abigail Rossman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |
| 4610 East Coast LLC | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |
| Empire State Development Corp. | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  |  |  |
|---|---|---|---|
| | | | **Unsecured claim** |
| **1** | Maria Leo, administratrix for the estate of Donald Leo c/o Bernadette Panzella, P.C. 114 E. 13t New York, NY 10003 | What is the nature of the claim?    **Tort claims** | $ **$24,289,138.60** |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>☐ None of the above apply | |
| | _____ | Does the creditor have a lien on your property? | |
| | Contact | ■ No<br>☐ Yes. Total claim (secured and unsecured) $ _____<br>Value of security: - $ _____<br>Unsecured claim $ _____ | |
| | Contact phone | | |
| **2** | PNC Aviation Finance 249 Fifth Avenue One PNC Plz Pittsburgh, PA 15222 | What is the nature of the claim?    **Bank loan** | $ **$3,000,000.00** |
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | _____ | Does the creditor have a lien on your property? | |
| | Contact | ■ No<br>☐ Yes. Total claim (secured and unsecured) $ _____<br>Value of security: - $ _____<br>Unsecured claim $ _____ | |
| | Contact phone | | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    Lomma, James F.                                    Case number *(if known)*

| 3 | Xhevahire Sinanaj and Selvi Sinanovic c/o Bernadette Panzella, P.C 114 E 13th St New York, NY 10003 | What is the nature of the claim? | Tort claims | $ $34,253,539.84 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)        $ _____
    Value of security:                              - $ _____
    Unsecured claim                                 $ _____

Contact _____

Contact phone _____

## Part 2:    Sign Below

Under penalty of perjury, I declare that the Information provided in this form is true and correct.

X _____                    X _____
  James F. Lomma                                Signature of Debtor 2
  Signature of Debtor 1

Date    January 6, 2016 _____        Date _____

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1     James F. Lomma
             First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ . Attach Bankruptcy Petition Preparer's Notice, Declaration,
and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
James F. Lomma                          Signature of Debtor 2
Signature of Debtor 1

Date   January 6, 2016                Date _____

**Fill in this information to identify your case:**

Debtor 1        **James F. Lomma**
                First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $          1,400,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $          5,435,507.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $          6,835,507.00 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $          1,700,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................... | $                   0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $        74,307,678.44 |

**Your total liabilities** $    **76,007,678.44**

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*............................................ | $          33,802.62 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*...................................... | $          13,960.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."** 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Lomma, James F.**                                    Case number *(if known)* _____

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Fill in this information to identify your case and this filing:

Debtor 1       **James F. Lomma**
               First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number _____

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|

**157 Collyer Ave**
Street address, if available, or other description

**Staten Island      NY      10312-4078**
City               State      ZIP Code

County _____

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**(personal residence)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?        Current value of the portion you own?
**$950,000.00**                              **$950,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property
   (see instructions)

Debtor 1    __Lomma, James F._____    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**See Schedule A-1.2**
Street address, if available, or other description

_____
City          State          ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Real Estate**
              **Partnerships**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Real estate partnerships, owned with Frank Kearney.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **unknown**

Current value of the portion you own?    **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**Dingsman Ferry, PA (vacation home)**
Street address, if available, or other description

_____
City          State          ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other    _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**(Deed in name of James F. Lomma, but owned jointly with Patrick Lomma)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$150,000.00**

Current value of the portion you own?    **$150,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                  Chapter 11

JAMES F. LOMMA,                                         Case No.

Debtor,
---------------------------------------------------------------x

**SCHEDULE A-1.2**
**LIST OF REAL ESTATE PARTNERSHIPS WITH FRANK E. KEARNEY, JR.**

**(A) Filed Partnerships**

| Partnership Name | Debtor's Ownership Percentage | Approximate Value of Debtor's 50% Interest Net of Mortgages, if any | Mortgage |
|---|---|---|---|
| 1. South Kearny Associates 286 Central Avenue, S. Kearny, NJ | 50.00% | $1,000,000 | No |
| 2. Till the End LLC Second Street, S. Kearny, NJ | 50.00% | $250,000 | No |
| 3. 125 Doremus Ave LLC Doremus Avenue, Newark, NJ | 50.00% | Negative equity | Yes[1] |
| 4. 4301 Boston Post Road LLC Yonkers, NY | 50.00% | TBD | No |
| 5. 25 Berkshire Valley Road LLC Kenville, NJ | 50.00% | $450,000 | No |

---

[1] The mortgagee is Jason Brady, OJ Truckwash, 47-49 Old Lincoln Highway, S. Kearny, NJ ($5,000,000 plus accrued interest).

**(B) Properties Owned with Frank E. Kearney, Jr. as Partners –**
**Underlying Deed in the Name of James F. Lomma**

| Property | Ownership Percentage | Approximate Value of Debtor's 50% Interest Net of Mortgages | Mortgage |
|---|---|---|---|
| 1. Steel Creek Road, Charlotte, NC (warehouse/terminal) | 50.00% | $1,500,000 | No |
| 2. 48 Third Avenue, Kearny, NJ (commercial) | 50.00% | $1,500,000 | No |
| 4. 9 Albert Avenue, Newark, NJ (commercial) | 50.00% | $900,000 | Yes[2] |

**(C) Properties Owned Corporately With Frank E. Kearney, Jr.**

| Property | Ownership Percentage | Approximate Value of Debtor's 50% Interest Net of Mortgages | Mortgage |
|---|---|---|---|
| 1. 61 Jacobus Avenue, owned by JG Ries & Sons, Inc., which owns 61 Jacobs Ave. Corp. | 50.00% of stock of JG Ries and Sons, Inc. | $1,500,000 | No |

Dated: New York, New York
       January 6, 2016

By: _____
     James F. Lomma

---

[2] The mortgagee is Fulton Bank of NJ, 272 Route 46E, Rockaway, NJ 07866 ($1,700,000)

Debtor 1    **Lomma, James F.**    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4

**8 Tracy Way**
Street address, if available, or other description

**St Thomas,**
**U.S.V.I.**
City        State    ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☑ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Deed in name of James F. Lomma, but owned jointly with Patrick and Gail Lomma**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**    | **$1,400,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1   Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

      **Motorcycle**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

☐ No

☑ Yes

4.1   Make: _____

      Model: _____
      Year: _____

      Other information:

      **LJ Ventures (99% member) owns airplane**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500,000.00** | **$500,000.00** |

Debtor 1 __Lomma, James F._____     Case number *(if known)* _____

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>**   | **$505,000.00** |

---

**Part 3:** **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe.....
    | Miscellaneous household goods and furnishings |   $50,000.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☑ No
    ☐ Yes. Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes. Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....
    | Miscellaneous men's clothing |   $5,000.00

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.....

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**   | **$55,000.00** |

---

Debtor 1    **Lomma, James F.**    Case number *(if known)*

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

Institution name:

| | | |
|---|---|---|
| 17.1. | **Citibank** | $10,000.00 |

| | | |
|---|---|---|
| 17.2. | **The Provident** | $100,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
■ Yes...................

Institution or issuer name:
**See Schedule B-18 of publicly traded partnerships.**    $512,656.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes.  Give specific information about them....................
Name of entity:    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:    Institution name:
**401k - Voya Financial**    $202,668.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ......................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No

Official Form 106A/B    Schedule A/B: Property    page 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                  Chapter 11

JAMES F. LOMMA,                         Case No.

                        Debtor,
----------------------------------------------------------x

### SCHEDULE B-18
### LIST OF PUBLICLY TRADED PARTNERSHIPS

| Partnership Name | Percentage of Ownership | Capital account |
|---|---|---|
| Energy Transfer Ptrs LP | 0.000218% | $56,124.00 |
| Atlas Energy LP | 0.009622% | $16,904.00 |
| Plains All-American Pipeline LP | 0.000260% | $49,811.00 |
| Nustar Energy LP | 0.001887% | $70,448.00 |
| Sunoco LP | 0.005707% | $91,018.00 |
| Tesoro Logistics LP | 0.002446% | $111,543.00 |
| MPLX LP | 0.001275% | $66,680.00 |
| Atlas Resource Ptrs LP | 0.000573% | $111.00 |
| Eagle Rock Energy Ptrs LP | 0.012689% | $ 50,017.00 |
| Locust Wood LP | 0.478491% | $3,975,106.00 |

Total    $    4,487,762.00

Dated: New York, New York
       January 6, 2016

By:    _____
       James F. Lomma

Debtor 1    **Lomma, James F.**                                   Case number *(if known)* _____

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   | 2014 refund applied to current taxes. | $197,000.00 |
   |---|---|

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Jackson National Life Insurance Company - Life Insurance** | | $0.00 |
| **Lexington Insurance Company - Excess General Liability** | | $0.00 |
| **Zurich Insurance Company - Excess General Liability** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

Official Form 106A/B                            Schedule A/B: Property                            page 6

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Lomma, James F.**                                         Case number *(if known)* _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes. Give specific information..

    | Financial Account (Locus Wood Capital) | $3,853,183.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................**    | $4,875,507.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    | See Schedule B-53. | $0.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here  .....................................**    | $0.00 |

**Part 8:**  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**  ..............................................................................................    $1,400,000.00

56. **Part 2: Total vehicles, line 5**                                     $505,000.00
57. **Part 3: Total personal and household items, line 15**              $55,000.00
58. **Part 4: Total financial assets, line 36**                         $4,875,507.00
59. **Part 5: Total business-related property, line 45**                   $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00
61. **Part 7: Total other property not listed, line 54**          +        $0.00

62. **Total personal property.** Add lines 56 through 61...         $5,435,507.00      Copy personal property total      $5,435,507.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                               | $6,835,507.00 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          Chapter 11

JAMES F. LOMMA,                                 Case No.

                          Debtor.
-------------------------------------------------------x

## SCHEDULE B-53
## LIST OF AFFILIATED COMPANIES

| | | |
|---|---|---|
| 1. | New York Crane and Equipment Corp. | 100% |
| 2. | J.F. Lomma, Inc. (Del.) | 100% |
| 3. | J.F. Lomma, Inc. (NJ) | 100% |
| 4. | Lomma Associates, Inc. | 100% |
| 5. | Lomma Associates | 100% |
| 6. | Lomma South Inc. | 100% |
| 7. | TES Inc. | 100% |
| 8. | Lomma LLC | 24% |
| 9. | JLJD LLC | 25% |

Dated: New York, New York
       January 6, 2016

By: _____
    James F. Lomma

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **157 Collyer Ave**<br>**Staten Island NY, 10312-4078**<br>Line from *Schedule A/B*: **1.1** | $950,000.00 | ■ _____ $150,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. Civ. Prac. Law and Rules § 5206(a) |
| **Motorcycle**<br>Line from *Schedule A/B*: **3.1** | $5,000.00 | ■ _____ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. Debt & Cred. Law § 282(1) |
| **Miscellaneous household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $50,000.00 | ■ _____ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.Y. Civ. Prac. Law and Rules § 5205(a)(5) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name ___ Middle Name ___ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name ___ Middle Name ___ Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1  Fulton Bank Of NJ**
Creditor's Name

Describe the property that secures the claim:    $1,700,000.00    Unknown    $1,700,000.0 0

> 50% owner of partnership which owns real estate at 9 Albert Avenue, Newark, NJ, subject to mortgage lien in the amount of $1,700,000

**272 Route 46E**
**Rockaway, NJ 07866**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred ___          Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:          **$1,700,000.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:          **$1,700,000.00**

### Part 2:   List Others To Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address
   -NONE-

On which line in Part 1 did you enter the creditor?    ___

Last 4 digits of account number    ___

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ____ ____ ____ ____ | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | | | | |
| **Centralized Insolvency Operations** | When was the debt incurred? _____ | | | |
| **PO Box 7346** | | | | |
| **Philadelphia, PA 19101-7346** | | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ Check if this claim is for a community debt

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com                12345

Debtor 1  **Lomma, James F.**                                    Case number (if know) _____

| 2.2 | **NYC Dept Of Finance** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Attn: Legal Affairs**
**345 Adams St**
**Brooklyn, NY 11201-3719**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

| 2.3 | **NYS Dept Of Taxation** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Lomma, James F.**                                   Case number (if know) _____

| 4.1 | **Frank E. Kearney, Jr.** | Last 4 digits of account number _____ | **$7,765,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**25 Main Street Court Plz N
Hackensack, NJ 07601**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Personal Loans**

---

| 4.2 | **Jason Brady** | Last 4 digits of account number _____ | **$5,000,000.00** |

Nonpriority Creditor's Name
**O.J. Tank Wash**
**47-49 Old Lincoln Hwy**
**Kearny, NJ 07032**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **50% owner of partnership which owns real estate at 125 Doremus Avenue, Newark, NJ, subject to mortgage lien in the amount of $5,000,000**

---

| 4.3 | **Maria Leo, administratrix for the estate** | Last 4 digits of account number _____ | **$24,289,138.60** |

Nonpriority Creditor's Name
**of Donald Leo**
**c/o Bernadette Panzella, P.C. 114 E. 13t**
**New York, NY 10003**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Tort claims - subject to appeal**

---

Debtor 1  **Lomma, James F.**                                                    Case number (if know) _____

| 4.4 | **N/A** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **See attached list of wrongful death claimants, personal injury claimants and property loss claimants arising out of various accidents and related litigations.**

---

| 4.5 | **PNC Aviation Finance** | Last 4 digits of account number _____ | $3,000,000.00 |

Nonpriority Creditor's Name

**249 Fifth Avenue One PNC Plz
Pittsburgh, PA 15222**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **99% owner of LJ Ventures, which owns an airplane subject to a mortgage lien in the amount of $3,000,000**

---

| 4.6 | **Xhevahire Sinanaj and Selvi Sinanovic** | Last 4 digits of account number _____ | $34,253,539.84 |

Nonpriority Creditor's Name
**c/o Bernadette Panzella, P.C
114 E 13th St
New York, NY 10003**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Tort claims - subject to appeal**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1   **Lomma, James F.** _____     Case number (if know) _____

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **-NONE-** | Line of (Check one): | Part 1: Creditors with Priority Unsecured Claims |
| | | Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ | 0.00 |
| | | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 74,307,678.44 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ | 74,307,678.44 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City     State     ZIP Code | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  **J.F. Lomma, Inc. (D.E.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**N/A** |
| 3.2  **J.F. Lomma, Inc. (N.J.)** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**N/A** |
| 3.3  **New York Crane & Equipment Corp.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**N/A** |

Fill in this information to identify your case:

Debtor 1    **James F. Lomma**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status**   ■ Employed   ☐ Not employed | ☐ Employed   ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**   **Business Executive** | |
| | | **Employer's name**   **J.F. Lomma, Inc.** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address**   **48 Third Street**   **S. Kearny, NJ 07032** | |
| | | **How long employed there?**   **37 years** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   13,457.80 | $   N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   0.00 | +$   N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $   13,457.80 | $   N/A |

Debtor 1   **Lomma, James F.**                                                          Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................ 4. | $ **13,457.80** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **9,655.18** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** | + $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **9,655.18**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **3,802.62**   $ **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **15,000.00** | $ **N/A** |
| 8b. | Interest and dividends | 8b. | $ **15,000.00** | $ **N/A** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | Unemployment compensation | 8d. | $ **0.00** | $ **N/A** |
| 8e. | Social Security | 8e. | $ **0.00** | $ **N/A** |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | Pension or retirement income | 8g. | $ **0.00** | $ **N/A** |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ **0.00** | + $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **30,000.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **33,802.62**  + $ **N/A**  = $ **33,802.62**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ **33,802.62**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■   No.
   ☐   Yes. Explain: _____

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James F. Lomma** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents names.

    ☐ Yes.    Fill out this information for each dependent..............

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | |
|---|---|---:|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 0.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a.  $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ | 200.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ | 650.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | 0.00 |

Debtor 1  **Lomma, James F.**                                    Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 460.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d.  Other. Specify:  **Cable And Internet** | 6d. $ | 250.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 3,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 1,250.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 1,000.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 4,500.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 0.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Real Estate Taxes On Home** | 16. $ | 750.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Gifts** | 21. +$ | 250.00 |
| | **Barber, Magazines, Etc.** | +$ | 50.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | 13,960.00 |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | 13,960.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 33,802.62 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 13,960.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 19,842.62 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1     James F. Lomma

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     Eastern District of New York

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                    12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 13,457.80 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | 0.00 | | |
| Ordinary and necessary operating expenses | | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm $ | | | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | 15,000.00 | | |
| Ordinary and necessary operating expenses | | -$ | 0.00 | | |
| Net monthly income from rental or other real property | | $ | 15,000.00 | Copy here -> $ 15,000.00 | $ |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor 1    **Lomma, James F.**                                      Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

7. **Interest, dividends, and royalties**                                      $ **15,000.00**    $ _____

8. **Unemployment compensation**                                      $ **0.00**    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................................ $ _____ **0.00**

For your spouse ..................................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                                      $ **0.00**    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

_____                                      $ _____    $ _____

_____                                      $ **0.00**    $ _____

Total amounts from separate pages, if any.                                      + $ **0.00**    $ _____

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.                                      $ **43,457.80**    + $ _____    = $ **43,457.80**

Debtor 1    Lomma, James F.    Case number (if known)

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

James F. Lomma
Signature of Debtor 1

Date January 6, 2016
MM / DD / YYYY

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                          Case No. _____

Lomma, James F. _____    Chapter 11 _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: January 6, 2016 _____

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

© 2016 CINgroup 1.866.316.1003 – CINcompass (www.cincompass.com)

968 Kingsmen LLC and 964 Associates LLC
c/o McDonnell & Daly LLP
Attn: Bryan J. Daly
2001 Marcus Avenue, Suite N125
Lake Success, New York 11042

4610 East Coast LLC et al
c/o Haworth Coleman & Gerstman, LLC
Attn: Abigail Rossman, Esq., Barry Gerstman, Esq.
45 Broadway, 21st Floor
New York, New York 10006

4610 East Coast LLC
c/o Haworth Coleman & Gerstman

45 Broadway, 21st Fl.
New York NY 10006

Adam White, Esq. as proposed Administrator
c/o Leav And Steinberg, LLP
Attn: Edward Steinberg, Esq.
120 Broadway, 18th Floor
New York, New York 10271

AFL Local 18
1707 Triplett Blvd
Akron, OH 44306

Allstate Insurance a/s/o Haraguchi et al
c/o Grear Levanios, LLC
Attn: Kenneth B. Grear
255 West 36th Street, Suite 800
New York, New York 10001

Andrew Cempa et al
c/o Woods & Lonergan LLP
Attn: James F. Woods, Esq.
292 Madison Avenue, 22nd Floor
New York, NY 10017

Bobby Colleran
c/o Dinkes & Schwitzer
Attn: Jeff Bromfeld, Esq.
112 Madison Avenue
New York, New York 10016

Bobby Colleran
Attn: Simon Q. Ramone, Esq.
c/o Law Offices of Michael S. Lamonsoff
80 Maiden Lane, 12th Fl.
New York, NY 10038

Brady Marine Repair Co., Inc.
c/o Law Offices Of Andrea G. Sawyers
Attn: Richard A. Harris, Esq.
P.O. Box 9028
Melville, New York 11747

Bruce Bernstein, et al
 c/o Jaroslawicz And Jaros
Attn: Elizabeth Eilender
225 Broadway, 24th Floor
New York, New York 10007

C.S. Mechanical & Equipment Corp.
c/o Kelly, Rode & Kelly, LLP
330 Old Country Road, Suite 305
Mineola, New York 11501
Attn: John Hoefling

Civetta Cousins JV, Inc.
c/o Westerman Hamilton Sheehy et al
Attn: Peter Samaan, Esq
100 Quentin Roosevelt Blvd, Suite 502
Garden City, New York 11530

Collette E. Landers
c/o Longo & D'apice, Esqs.
Attn: Mark A. Longo, Esq.
26 Court Street, Suite 1700
Brooklyn, New York 11242

Construction & Realty Safety Group Inc.
c/o Carroll, McNulty & Kull LLC
Attn: Sean Burns, Esq.
570 Lexington Avenue – 10th Floor
New York, New York 10022

Crane Inspection Services
Attn: John Horvath
HC88 Box 1627
Pocono, Pennsylvania, 18347

Crave Foods Inc.
 c/o Adam Leitman Bailey, PC
Attn: Colin E. Kaufman, Esq.
120 Broadway, 17th Floor
New York, New York 10271-1797

DeSimone Consulting Engineers
c/o Zetlin & De Chiara, LLP
Attn: Bill Chimos, Esq.
801 Second Avenue
New York, NY 10017

East 51st Street Development Company LLC
c/o O'Melveny & Myers LLP
Attn: Thomas Carruthers, Esq.
7 Times Square
New York, New York 10036

Edward Allen
c/o Law Office Of Gregor Kuczinski, P.C.
Attn: Gregory Kuczinski, Esq.
2649 Strang Boulevard - Suite 104
Yorktown Heights New York 10598

Eleni and Demetrios Papaioannou
c/o Levine & Grossman
Attn: Michelle F. Laskin, Esq.
114 Old Country Road
Mineola, New York   11501

Empire State Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

Eveready Insurance Co a/s/o Luz Lalich
c/o Wollerstein & Futoran
Attn: Neil Wollerstein, Esq.
59 Maiden Lane
New York, NY 10038

Favelle Favco
PO Box 3049
Harlingen, TX 78551

Favelle Favco Cranes USA
c/o Traub Lieberman LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
Attn: Mario Castellitto

Fireman's Fund Ins. aso 7 Plus Restr. et al
c/o Foran Glennon Palandech & Ponzi
Attn: Matthew R. Hess, Esq.
222 North LaSalle Street, Suite 1400
Chicago, IL 60601

Flatiron Capital
1200 Lincoln St.
Denver, CO 80203

Frank Kearny
48 Third Street
S. Kearny, NJ 07032

Fulton Bank Of NJ
272 Route 46E
Rockaway, NJ 07866

George Farrell
c/o Mark E. Seitelman Law Offices, P.C.
Attn: Mark E. Seitelman, Esq.
111 Broadway, 9th Fl.
New York, NY 10006

George Farrell
c/o Raphaelson & Levine Law Firm, P.C.
Attn: Stephen C. November, Esq.
14 Penn Plaza, Suite 1718
New York, New York 10122

Ginnina Rivera
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Gourlay Architect, PLLC
c/o Gogick, Byrne & O'Neill, LLP
Attn: Kevin O'Neill, Esq.
11 Broadway
New York, New York 10004

Greater Northern Insurance Company et al
c/o Koey, King, Toker & Epstein
Attn: Jeffrey D. Greenberg, Esq.
55 Water Street, 29th Floor
New York, New York 10041

Harleysville Insurance Co a/s/o La Moll Cleaners
c/o Law Offices Of Robert A. Stutman, P.C.
Attn: Thomas Paolini, Esq.
20 East Taunton Road, Suite 403
Berlin, NJ 08009

Heather Castro, Estate of Castro
c/o Sachs Waldman
Attn: George T. Fishback, Esq.
2211 East Jefferson Avenue, Ste. 200
Detroit, MI 48207

Hermitage Ins Co a/s/o 310 E. 51st St Co-op
c/o Law Offices of Steven G. Fauth, LLC
Attn: Russell G. Monaco, Esq.
40 Wall Street, 28th Floor
New York, New York 10005

Industrial Sales Company Inc. a/k/a Indusco
c/o Wade Clark Mulcahy
Attn: Georgia Coats, Esq.
111 Broadway
New York, NY 10006

Insurance Company of Greater New York et al
c/o Gwertzman Lefkowitz Burman Smith & Marcus
Attn: David Smith, Esq.
80 Broad Street
New York, NY 10004

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

James Kennelly
c/o Seligson, Rothman & Rothman
Attn: Alyne I. Diamond
29 West 30th Street
New York, New York 10013

JBS Construction Management, Inc.
c/o L'Abbate, Balkan, Colavita & Contini, LLP
Attn: Lee Sacket, Esq.
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530

Jean Squeri
c/o Godosky & Gentile, P.C.
Attn: Robert E. Godosky, Esq.
61 Broadway
New York, New York 10006

Jennifer Battistello et al
c/o Jaroslawicz And Jaros
Attn: Elizabeth Eilender, Esq.
225 Broadway, 24th Floor
New York, New York 10007

Jessica Gallone et al
c/o Sullivan Papain Block Mcgrath & Cannavo P.C.
Attn: Vito Cannavo, Esq.
120 Broadway – 18th Floor
New York, New York 10271

JLJD LLC
48 3rd St
Kearny, NJ 07032-4589

John & Madelyn Kosky
214 Hickory Grade Road
Bridgeville, PA 15017

John P. La Greco
c/o Godosky & Gentile, P.C.
Attn: Robert E. Godosky, Esq.
61 Broadway
New York, New York 10006

Jose Rivera
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Jose Villa Capellan
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Joy Contractors, Inc.
c/o Litchfield Cavo LLP
Attn: Edward Fogarty, Jr.
420 Lexington Avenue, Suite 2104
New York, New York 10170

Kamco Supply Corp
c/o Duane Morris, LLP
Attn: Brian J. Markowitz, Esq.
1540 Broadway
New York, NY 10036

Kevin Lordan
c/o Abend & Silber, PLLC
Attn: Richard H. Abend, Esq.
419 Park Avenue S., 2nd Floor
New York, New York 10016

Langan Engineering & Environmental Services, Inc.
c/o Lewis Brisbois Bisgaard & Smith, LLP
Attn: David M. Pollack, Esq.
77 Water Street, 21st Floor
New York, New York 10005

LDT Enterprises
1590 Troy Avenue
Brooklyn, NY 11234

Lexington Insurance Co.
c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
Attn: Richard Lambert, Esq.
61 Broadway, Suite 2020
New York, New York 10006

Lift-All Company, Inc.
c/o London Fischer LLP
Attn: Anthony F. Tagliagambe, Esq.
59 Maiden Lane
New York, New York 10038

Liftex Corporation
c/o Brody, Benard & Branch LLP
Attn: Neil Brody, Esq.
205 Lexington Avenue, 4th Floor
New York, New York 10016

Local 15
44-40 11th Street
Long Island City, NY 11101

Local 66 - International Union Of Operating Engineers
111 Zeta Drive
Pittsburgh, PA 15238

Local Union 825
65 Springfield Avenue
Springfield, NJ 07081

Magnum Real Estate Group
c/o Clyde & Co US LLP
Attn: Francis J. Messina, Esq.
405 Lexington Avenue, 16th Floor
New York, NY 10174

Marcus Martin et al
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Margaret R. Schorsch
c/o Julien & Schlesinger, P.C.
Attn: Michael S. Schlesinger, Esq.
One Whitehall Street, 17th Floor
New York, New York 10004

Maria Leo, for the estate of Donald Leo
c/o Bernadette Panzella, P.C.
114 E. 13 St
New York, NY 10003

Mary Fricke-Punzi
c/o The Catafago Law Firm, P.C.
The Empire State Building
350 Fifth Avenue, Suite 4810
New York, New York   10118

Matthew DePouli et al
c/o Bernstein Levine Cherney LLP
Attn: Hartley T. Bernstein, Esq.
767 Third Avenue, 30th Floor
New York, New York 10017

Metro Wire Rope Corporation
c/o Methfessel & Werbel, Esqs.
Attn: Fredric Paul Gallin, Esq.
450 Seventh Avenue, Suite 1400
New York, New York 10123

Metropolitan Property and Casualty Ins Co
c/o Panteris & Panteris, LLP
Attn: George Panteris, Esq.
19-02 Whitestone Expressway, Suite 401
Whitestone, New York 11357

Michael Brooks and Monique Brooks
c/o Polin, Prisco & Villafane, Esqs
Attn: Andrew D. Polin, Esq.
One School Street, Suite 206
Glen Cove, New York 11542

New York State Insurance Fund
199 Church St.
New York, NY 10007

New York State Sales Tax Section
W.A. Harriman Campus
Albany, NY 12227

New York State Urban Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

NJ Division of Taxation
Revenue Processing Center
P.O. Box 999
Trenton, NJ 08646

NYC Dept Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Office of the Corporation Counsel of the City of New York
Attn: Hugh Henderson Shull III
100 Church St
New York, NY 10007-2601

Omar Cambridge
c/o Wingate, Russotti, Shapiro & Halperin, LLP
Attn: Kenneth J. Halperin, Esq.
420 Lexington Ave., Ste. 2750
New York, NY 10170

Pennsylvania State Workers Insurance Fund
100 Lackawana Ave.
Scranton, PA 18505

PNC Aviation Finance
249 Fifth Avenue One PNC Plaza
Pittsburgh, PA 15222

QBE Insurance Corporation et al
c/o Abrams, Gorelick, Friedman & Jacobson, LLP
Michael E. Gorelick, Esq.
One Battery Park Plaza – 4th Floor
New York, New York 10004

Queens West Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq. & Abigail Rossman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

Rapetti Rigging Service
129 Atlantic Avenue
Massapequa Park, NY 11762

Raphael Dixon
c/o Cassisi & Cassisi, P.C.
Attn: Tod P. Groman, Esq.
114 Old Country Road, Ste. 440
Mineola, NY 11501

Rasmi Yilmaz
c/o Sipsas & Nazrisho, PC
Attn: Russ N. Nazrisho, Esq.
33-19 30th Ave., St 101
Astoria, NY 11103

Rebecca Kerrs and Anne Cutshall
c/o Elovich & Adell, Esqs.
Attn: Darryn Solotoff, Esq.
164 West Park Avenue
Long Beach, New York 11561

Reliance Construction Ltd. et al
c/o Gallo Vitucci Klar Pinter & Cogan
Attn: Howard Klar, Esq.
90 Broad Street, 3rd Floor
New York, New York 10004

Richard Antoniello et al
c/o The Catafago Law Firm, P.C.
Attn: Steven Kaiser, Esq.
350 Fifth Avenue, Suite 4810
New York, New York   10118

Richmond Fraser and Kenda Fraser
c/o Raphaelson & Levine Law Firm, P.C.
Attn: Howard A. Raphaelson, Esq.
14 Penn Plaza, Ste. 1718
New York, NY 10122

Robert Panarella and Doreen Panarella
c/o Napoli Bern Ripka Shkolnik, LLP
Attn: Joseph Napoli, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118

Robert Tucker and Amy Tucker
c/o Ronemus & Vilensky
Attn: Nadia Lescott, Esq.
112 Madison Avenue – 2nd Floor
New York, New York 10016

Sarcona Management
123 Pennsylvania Avenue
S. Kearny, NJ 07032

Shaw Belting Co.
c/o Rivkin Radler, LLP
Attn: Jacqueline Bushwack, Esq.
926 RXR Plaza
Uniondale, NY 11556

Sorbara Construction Corp.
c/o Anderson Kill P.C.
Attn: Robert M. Horkovich, Esq.
1251 Avenue of the Americas
New York, New York 10020

State Farm Fire & Casualty Company et al
c/o Law Offices Of Stuart D. Markowitz
Attn: Stuart D. Markowitz, Esq.
575 Jericho Turnpike, Suite 210
Jericho, NY 11753

State of New Jersey
Dep't of Taxation
PO Box 264
Trenton, NJ 08695-0264

State Of Pennsylvania
Dept Of Revenue
P.O. Box 280406
Harrisburg, PA 17128

Stonington Ins Co a/s/o Fubar Partners
c/o Gennet, Kallmann, Antin & Robinson, P.C.
Attn: Donald G. Sweetman, Esq.
6 Campus Drive
Parsippany, New Jersey 07054

Stroh Engineering
c/o Morgan Melhuish Abrutyn
Attn: Joseph DeDonato, Esq.
39 Broadway 35th Floor
New York, New York 10006

Teamsters Local 11 (Truck Drivers)
810 Belmont Avenue, Suite 101
North Haledon, NJ 07508

The City of New York
c/o Fabiani Cohen & Hall, LLP
Attn: Michael P. Tobin, Esq.
570 Lexington Avenue
New York, New York 10022

The Crosby Group, LLC
c/o Wollmuth Maher & Deutsch, LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

The Manitowoc Company, Inc., et al
c/o Morrison Mahoney LLP
Attn: Brian P. Heermance, Esq.
120 Broadway, Suite 1010
New York, New York 10271

The Manitowoc Company, Inc., et al
c/o Trabucco & Menard, PLLC
Attn: Joseph P. Trabucco, Esq.
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

United States Steel Corporation
Attn: Kevin Hendrick, Esq.
c/o 500 Woodward Avenue, Ste. 3500
Detroit, MI 48226

Victor Guanaquiza
c/o Worldwide Legal Services, P.C.
Attn: Jorge Mena
P.O. Box 378
West Hempstead, New York 11552

Weinstock Brothers Corporation
c/o Callan, Koster, Brady & Brennan, LLP
Attn: Vincent A. Nagler, Esq.
One Whitehall Street, 10th Floor
New York, New York 10004

William Rapetti and Audrey Rapetti
c/o Edelman & Edelman, PC
Attn: Myron Rosen, Esq.
61 Broadway, Suite 3010
New York, NY 10006

Xhevahire Sinanaj and Selvi Sinanovic
c/o Susan M. Karten & Associates LLP
Attn: Susan M. Karten, Esq.
200 W. 57th Street, Suite 602
New York, NY 10019-3211

Yaritza Villa
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Zurich American Insurance Company
c/o Coughlin Duffy, LLP
Attn: Adam M. Smith, Esq.
88 Pine Street, 28th Floor
New York, New York 10005