# Notice Recipients

District/Off: 0207-1       User: cteutonic       Date Created: 1/7/2016
Case: 1-16-40048-cec       Form ID: 309E         Total: 120

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | James F. Lomma | 157 Collier Avenue    Staten Island, NY 10314 |
| aty | Kevin J Nash | Goldberg Weprin Finkel Goldstein LLP    1501 Broadway    22nd Floor    New York, NY 10036 |
| smg | United States of America | Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101-7346 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs - Devora Cohn    Brooklyn, NY 11201 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 8725887 | 4610 East Coast LLC | c/o Haworth Coleman & Gerstman    45 Broadway,21st Fl    New York NY 10006 |
| 8725886 | 4610 East Coast LLC et al | c/o Haworth Coleman & Gerstman,LLc    Attn: Abigail Rossman, Esq., Barry Gerst    45 Broadway,21st Floor    New York, New York 10006 |
| 8725885 | 968 Kingsmen LLC and 964 Associates LLC | c/o McDonnell & Daly LLP    Attn: Bryan J. Daly    2001 Marcus Avenue, Suite N125    Lake Success, New York 11042 |
| 8725889 | AFL Local 18 | 1707 Triplett Blvd    Akron, OH 44306 |
| 8725888 | Adam White, Esq. as proposed Administrator | c/o Leav And Steinberg, LLP    Attn: Edward Steinberg, Esq.    120 Broadway, 18th Floor    New York, New York 10271 |
| 8725890 | Allstate Insurance alsloHaraguchi et al | c/o Grear Levanios, LLC    Attn: Kenneth B. Grear    255 West 36th Street, Suite 800    New York, New York 10001 |
| 8725891 | Andrew Cempa et al | c/o Woods & Lonergan LLP    Attn: James F. V/oods, Esq.    292 Madison Avenue, 22nd Floor    New York, NY 10017 |
| 8725893 | Bobby Colleran | Attn: Simon Q. Ramone, Esq.    c/o Law Offices of Michael S. Lamonsoff    80 Maiden Lane, 12th Fl.    New York, NY 10038 |
| 8725892 | Bobby Colleran | c/o Dinkes & Schwitzer    Attn: Jeff Bromfeld, Esq.    112 Madison Avenue    New York, New York 10016 |
| 8725894 | Brady Marine Repair Co., Inc. | c/o Law Offices Of Andrea G. Sawyers    Attn: Richard A. Harris, Esq.    P.O. Box 9028    Melville, New York 11747 |
| 8725895 | Bruce Bemstein, et al | c/o Jaroslawicz And Jaros    Attn: Elizabeth Eilender    225 Broadway, 24th Floor    New York, New York 10007 |
| 8725896 | C.S. Mechanical & Equipment Corp. | c/o Kelly, Rode & Kelly, LLP    330 Old Country Road, Suite 305    Mineola, New York 11501    Attn: John Hoefling |
| 8725897 | Civetta Cousins JV, Inc. | c/o Westerman Hamilton Sheehy et al    Attn: Peter Samaan, Esq    100 Quentin Roosevelt Blvd, Suite 502    Garden City, New York 11530 |
| 8725898 | Collette E. Landers | c/o Longo & D'apice, Esqs.    Attn: Mark A. Longo, Esq.    26 Court Street, Suite 1700    Brooklyn, New York 11242 |
| 8725899 | Construction & Realty Safety Group Inc | c/o Canoll, McNulty & Kull LLC    Attn: Sean Burns, Esq.    570 Lexington Avenue - 1Oth Floor    New York, New York 10022 |
| 8725900 | Crane Inspection Services | Attn: John Horvath    HC88 Box 1621    Pocono, Pennsylvania, 18347 |
| 8725901 | Crave Foods Inc. | c/o Adam Leitman Bailey, PC    Attn: Colin E. Kaufman, Esq.    120 Broadway, 17th Floor    New York, New York 10271-1797 |
| 8725902 | DeSimone Consulting Engineers | c/o Zetlin & De Chiara, LLP    Attn: Bill Chimos, Esq.    801 Second Avenue    New York, NY 10017 |
| 8725903 | East 51st Street Development Company LLC | c/o O'Melveny & Myers LLP    Attn: Thomas Camrthers, Esq.    7 Times Square    New York, New York 10036 |
| 8725904 | Edward Allen | c/o Law Office Of Gregor Kuczinski, P.C.    Attn: Gregory Kuczinski, Esq.    2649 Strang Boulevard - Suite 104    Yorktown Heights New York 10598 |
| 8725905 | Eleni and Demetrios Papaioannou | c/o Levine & Grossman    Attn: Michelle F. Laskin, Esq.    114 Old Country Road    Mineola, New York 11501 |
| 8725906 | Empire State Development Corp. | c/o Haworth Coleman & Gerstman    Attn: Barry Gerstman, Esq.    45 Broadway,21st Fl.    New York NY 10006 |
| 8725907 | Eveready Insurance Co a/s/o Luz Lalich | c/o Wollerstein & Futoran    Attn: Neil Wollerstein, Esq.    59 Maiden Lane    New York, NY 10038 |
| 8725908 | Favelle Favco | PO Box 3049    Harlingen, TX 78551 |
| 8725909 | Favelle Favco Cranes USA | c/o Traub Lieberman LLP    Seven Skyline Drive, Mid-Westchester Exe    Hawthorne, NY 10532    Attn: Mario Castellitto |
| 8725910 | Fireman's Fund Ins. aso 7 Plus Restr. et al | c/o Foran Glennon Palandech &.Ponzi    Attn: Matthew R. Hess, Esq.    222 North LaSalle Street, Suite 1400    Chicago,IL 60601 |
| 8725911 | Flatiron Capital | 1200 Lincoln St.    Denver, CO 80203 |
| 8725912 | Frank Kearny | 48 Third Street    S. Kearny, NJ 07032 |
| 8725913 | Fulton Bank Of NJ | 272 Route 46E    Rockaway, NJ 07866 |
| 8725914 | George Fanell | c/o Mark E. Seitelman Law Offices, P.C.    Attn: Mark E. Seitelman, Esq.    111 Broadway, 9th Fl.    New York, NY 10006 |
| 8725915 | George Farrell | c/o Raphaelson & Levine Law Firm, P.C    Attn: Stephen C. November, Esq.    l4 Penn Plaza, Suite 1718    New York, New York 10122 |

| | | |
|---|---|---|
| 8725916 | Ginnina Rivera    c/o Keogh Crispi, P.C.    Attn: Pat James Crispi, Esq    521 Fifth Avenue, Ste. 1470    New York, NY 10175 | |
| 8725917 | Gourlay Architect, PLLC    c/o Gogick, Byrne & O'Neill, LLP    Attn: Kevin O'Neill, Esq.    11 Broadway    New York, New York 10004 | |
| 8725918 | Greater Northern Insurance Company et al    c/o Koey, King, Toker & Epstein    Attn: Jeffrey D. Greenberg, Esq.    55 Water Street, 29th Floor    New York, New York 10041 | |
| 8725919 | Harleysville Insurance Co alslo La Moll Cleaners    c/o Law Offices Of Robert A. Stutman, P.    Attn: Thomas Paolini, Esq.    20 East Taunton Road, Suite 403    Berlin, NJ 08009 | |
| 8725920 | Heather Castro, Estate of Castro    c/o Sachs Waldman    Attn: George T. Fishback, Esq.    2211 East Jefferson Avenue, Ste. 200    Detroit, MI 48207 | |
| 8725921 | Hermitage Ins Co alslo310 E.51st St Co–op    c/o Law Offices of Steven G. Fauth, LLC    Attn: Russell G. Monaco, Esq.    40 Wall Street, 28th Floor    New York, New York 10005 | |
| 8725922 | Industrial Sales Company Inc. a/k/a Indusco    c/o Wade Clark Mulcahy    Attn: Georgia Coats, Esq.    111 Broadway    New York, NY 10006 | |
| 8725923 | Insurance Company of Greater New York et al    c/o Gwertzman Lefkowitz Burman Smith & M    Attn: David Smith, Esq.    80 Broad Street    New York, NY 10004 | |
| 8725924 | Internal Revenue Service    Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101–7346 | |
| 8725926 | JBS Construction Management, Inc.    c/o L'Abbate, Balkan, Colavita & Contini    Attn: Lee Sacket, Esq.    1001 Franklin Avenue, 3rd Floor    Garden City, New York 11530 | |
| 8725930 | JLJD LLC    48 3rd St    Kearny, NJ 07032–4589 | |
| 8725925 | James Kennelly    c/o Seligson, Rothman & Rothman    Attn: Alyne I. Diamond    29 West 30th Street    New York, New York 10013 | |
| 8725927 | Jean Squeri    c/o Godosky & Gentile, P.C.    Attn: Robert E. Godosky, Esq    61 Broadway    New York, New York 10006 | |
| 8725928 | Jennifer Battistello et al    c/o Jaroslawicz And Jaros    Attn Elizabeth Eilender, Esq    225 Broadway, 24th Floor    New York, New York 10007 | |
| 8725929 | Jessica Gallone et al    c/o Sullivan Papain Block Mcgrath & Cann    Attn: Vito Cannavo, Esq.    120 Broadway – 18th Floor    New York, New York 10271 | |
| 8725931 | John & Madelyn Kosky    214 Hickory Grade Road    Bridgeville, PA 15017 | |
| 8725932 | John P. La Greco    c/o Godosky & Gentile, P.C.    Attn: Robert E. Godosky, Esq.    61 Broadway    New York, New York 10006 | |
| 8725933 | Jose Rivera    c/o Keogh Crispi, P.C.    Attn: Pat James Crispi, Esq.    521 Fifth Avenue, Ste. 1470    New York, NY 10175 | |
| 8725934 | Jose Villa Capellan    c/o Keogh Crispi, P.C.    Attn: Pat James Crispi, Esq.    521 Fifth Avenue, Ste. 1470    New York, NY 10175 | |
| 8725935 | Joy Contractors, Inc.    c/o Litchfield Cavo LLP    Attn: Edward Fogarty, Jr.    420 Lexington Avenue, Suite 2104    New York, New York 10170 | |
| 8725936 | Kamco Supply Corp    c/o Duane Morris, LLP    Attn: Brian J. Markowitz, Esq.    1540 Broadway    New York, NY 10036 | |
| 8725937 | Kevin Lordan    c/o Abend & Silber, PLLC    Attn: Richard H. Abend, Esq.    419 Park Avenue S.,2nd Floor    New York, New York 10016 | |
| 8725939 | LDT Enterprises    1590 Troy Avenue    Brooklyn, NY 11234 | |
| 8725938 | Langan Engineering & Environmental Services, Inc.    c/o Lewis Brisbois Bisgaard & Smith, LLP    Attn: David M. Pollack, Esq.    77 Water Street, 21st Floor    New York, New York 10005 | |
| 8725940 | Lexington Insurance Co.    c/o Frenkel Lambert V/eiss'Weisman & Gor    Attn: Richard Lambert, Esq.    61 Broadway, Suite 2020    New York, New York 10006 | |
| 8725941 | Lift–All Company,Inc.    c/o London Fischer LLP    Attn: Anthony F. Tagliagambe, Esq    59 Maiden Lane    New York, New York 10038 | |
| 8725942 | Liftex Corporation    c/o Brody, Benard & Branch LLP    Attn: Neil Brody, Esq.    205 Lexington Avenue, 4th Floor    New York, New York 10016 | |
| 8725943 | Local 15    44–40 11th Street    Long Island City, NY 11101 | |
| 8725944 | Local 66 – International Union Of Operating Engine    III ZetaDrive    Pittsburgh, PA 15238 | |
| 8725945 | Local Union 825    65 Springfield Avenue    Springfield, NJ 07081 | |
| 8725946 | Magnum Real Estate Group    c/o Clyde & Co US LLP    Attn: Francis J. Messina, Esq.    405 Lexington Avenue, 16th Floor    New York, NY 10174 | |
| 8725947 | Marcus Martin et al    c/o Keogh Crispi, P.C.    Attn: Pat James Crispi, Esq.    521 Fifth Avenue, Ste. 1470    New York, NY 10175 | |
| 8725948 | Margaret R. Schorsch    c/o Julien & Schlesinger, P.C.    Attn: Michael S. Schlesinger, Esq.    One Whitehall Street, 17th Floor    New York, New York 10004 | |
| 8725949 | Maria Leo, for the estate of Donald Leo    c/o Bemadette Panzella, P.C.    114 E. 13 St    New York, NY 10003 | |
| 8725950 | Mary Fricke–Punzi    c/o The Catafago Law Firm, P.C    The Empire State Building    350 Fifth Avenue, Suite 4810    NewYork, New York 10118 | |
| 8725951 | Matthew DePouli et al    c/o Bemstein Levine Cherney LLP    Attn: Hartley T. Bernstein, Esq.    767 Third Avenue, 30th Floor    New York, New York 10017 | |
| 8725952 | Metro V/ire Rope Corporation    c/o Methfessel &'Werbel, Esqs.    Attn: Fredric Paul Gallin, Esq.    450 Seventh Avenue, Suite 1400    New York, New York 10123 | |
| 8725953 | Metropolitan Property and Casualty Ins Co    c/o Panteris & Panteris, LLP    Attn: George Panteris, Esq.    19–02 Whitestone Expressway, Suite 401    Whitestone, New York 11357 | |
| 8725954 | Michael Brooks and Monique Brooks    c/o Polin, Prisco & Villafane, Esqs    Attn: Andrew D. Polin, Esq.    One School Street, Suite 206    Glen Cove, New York 11542 | |
| 8725958 | NJ Division of Taxation    Revenue Processing Center    P.O. Box 999    Trenton, NJ 08646 | |
| 8725959 | NYC Dept Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs    Brooklyn, NY 11201 | |
| 8725960 | NYS Dep't of Taxation    Bankruptcy/Special Procedure    PO Box 5300    Albany, NY 12205–0300 | |
| 8725955 | New York State Insurance Fund    199 Church St.    New York, NY 10007 | |
| 8725956 | New York State Sales Tax Section    WA Harriman Campus    Albany, NY 12227 | |

| | | |
|---|---|---|
| 8725957 | New York State Urban Development Corp. | c/o Haworth Coleman & Gerstman   Attn: Barry Gerstman, Esq.   45 Broadway, 21st Fl.   New York NY 10006 |
| 8725961 | Office of the Corporation Counsel of the City of N | Attn: Hugh Henderson Shull III   100 Church St   New York, NY 10007–2601 |
| 8725962 | Omar Cambridge | c/o V/ingate, Russotti, Shapiro & Halper   Attn: Kenneth J. Halperin, Esq.   420 Lexinglon Ave., Ste. 2750   New York, NY 10170 |
| 8725964 | PNC Aviation Finance | 249 Fifth Avenue One PNC Plaza   Pittsburgh, PA 15222 |
| 8725963 | Pennsylvania State Workers Insurance Fund | 100 Lackawana Ave.   Scranton, PA 18505 |
| 8725965 | QBE Insurance Corporation et al | c/o Abrams, Gorelick, Friedman & Jacobso   Michael E. Gorelick, Esq.   One Battery Park Plaza– 4th Floor   New York, New York 10004 |
| 8725966 | Queens West Development Corp. | c/o Haworth Coleman & Gerstman   Attn: Barry Gerstman, Esq. & Abigail Ros   45 Broadway, 21st Fl.   NewYork NY 10006 |
| 8725967 | Rapetti Rigging Service | 129 Atlantic Avenue   Massapequa Park, NY 11762 |
| 8725968 | Raphael Dixon | c/o Cassisi & Cassisi, P.C.   Attn: Tod P. Groman, Esq.   114 Old Country Road, Ste. 440   Mineola, NY 11501 |
| 8725969 | Rasmi Yilmaz | c/o Sipsas & Nazrisho, PC   Attn: Russ N. Nazrisho, Esq   33–19 30th Ave., St 101   Astoria, NY 11103 |
| 8725970 | Rebecca Kerrs and Anne Cutshall | c/o Elovich & Adell, Esqs.   Attn: Darryn Solotoff, Esq.   164 West Park Avenue   Long Beach, New York 11561 |
| 8725971 | Reliance Construction Ltd. et al | c/o Gallo Vitucci Klar Pinter & Cogan   Attn: Howard Klar, Esq.   90 Broad Street, 3rd Floor   New York, New York 10004 |
| 8725972 | Richard Antoniello et al | c/o The Catafago Law Firm, P.C   Attn: Steven Kaiser, Esq.   350 Fifth Avenue, Suite 4810   New York, New York 10118 |
| 8725973 | Richmond Fraser and Kenda Fraser | c/o Raphaelson & Levine Law Firm, P.C.   Attn: Howard A. Raphaelson, Esq.   14 Penn Plaza, Ste. 1718   New York, NY 10122 |
| 8725974 | Robert Panarella and Doreen Panarella | c/o Napoli Bern Ripka Shkolnik, LLP   Attn: Joseph Napoli, Esq.   350 Fifth Avenue, Suite 7413   New York,NY 10118 |
| 8725975 | Robert Tucker and Amy Tucker | c/o Ronemus & Vilensky   Attn: Nadia Lescott, Esq.   112 Madison Avenue –2nd Floor   New York, New York 10016 |
| 8725976 | Sarcona Management | 123 Pennsylvania Avenue   S. Kearny, NJ 07032 |
| 8725977 | Shaw Belting Co. | c/o Rivkin Radler, LLP   Attn: Jacqueline Bushwack, Esq.   926 RXR Plaza   Uniondale, NY 11556 |
| 8725978 | Sorbara Construction Corp. | c/o Anderson Kill P.C.   Attn: Robert M. Horkovich, Esq.   1251 Avenue of the Americas   New York, New York 10020 |
| 8725979 | State Farm Fire & Casualty Company et al | c/o Law Offices Of Stuart D. Markowitz   Attn: Stuart D. Markowitz, Esq.   575 Jericho Turnpike, Suite 210   Jericho, NY 11753 |
| 8725981 | State Of Pennsylvanta | Dept Of Revenue   P.O. Box 280406   Harrisburg,PA 17128 |
| 8725980 | State of New Jersey | Dep't of Taxation   PO Box 264   Trenton, NJ 08695–0264 |
| 8725982 | Stonington Ins Co a/s/o Fubar Partners | c/o Gennet, Kallmann, Antin & Robinson,   Attn: Donald G. Sweetman, Esq.   6 Campus Drive   Parsippany, New Jersey 07054 |
| 8725983 | Stroh Engineering | c/o Morgan Melhuish Abrutyn   Attn: Joseph DeDonato, Esq.   39 Broadway 35th Floor   New York, New York 10006 |
| 8725984 | Teamsters Local 11 (Truck Drivers) | 810 Belmont Avenue, Suite 101   North Haledon, NJ 07508 |
| 8725985 | The City of New York | c/o Fabiani Cohen & Hall, LLP   Attn: Michael P. Tobin, Esq.   570 Lexington Avenue   New York, New York 10022 |
| 8725986 | The Crosby Group, LLC | c/o Wollmuth Maher & Deutsch, LLP   Attn:Adam M. Bialek, Esq.   500 Fifth Avenue   New York, New York 10110 |
| 8725987 | The Manitowoc Company, Inc., et al | c/o Morrison Mahoney LLP   Attn: Brian P. Heermance, Esq.   120 Broadway, Suite 1010   New York, New York 10271 |
| 8725988 | The Manitowoc Company, Inc., et al | c/o Trabucco & Menard, PLLC   Attn: Joseph P. Trabucco, Esq.   600 West Germantown Pike, Suite 400   Plymouth Meeting, PA 19462 |
| 8725989 | United States Steel Corporation | Attn: Kevin Hendrick, Esq.   c/o 500 Woodward Avenue, Ste. 3500   Detroit, MI 48226 |
| 8725990 | Victor Guanaquiza | c/o Worldwide Legal Services, P.C.   Attn: Jorge Mena   P.O. Box 378   West Hempstead, New York 11552 |
| 8725991 | Weinstock Brothers Corporation | c/o Callan, Koster, Brady & Brennan, LLP   Attn: Vincent A. Nagler, Esq.   One Whitehall Street, lOth Floor   New York, New York 10004 |
| 8725992 | William Rapetti and Audrey Rapetti | c/o Edelman & Edelman, PC   Attn: Myron Rosen, Esq.   6l Broadway, Suite 3010   New York, NY 10006 |
| 8726484 | Xhevahire Sinanaj and Salvi Sinanovic | c/o Bernadette Panzella PC   114 E 13th St   New York NY 10003 |
| 8725993 | Xhevahire Sinanaj and Selvi Sinanovic | c/o Susan M. Karten & Associates LLP   Attn: Susan M. Karten, Esq.   200 W. 57th Street, Suite 602   New York, NY 10019–3211 |
| 8725994 | YaritzaVilla | c/o Keogh Crispi, P.C.   Attn: Pat James Crispi, Esq.   521 Fifth Avenue, Ste. 1470   New York, NY 10175 |
| 8725995 | Zurich American Insurance Company | c/o Coughlin Duffy, LLP   Attn: Adam M. Smith, Esq.   88 Pine Street, 28th Floor   New York, New York 10005 |

TOTAL: 120